UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RANDY C. WILLIAMS                                                                 PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 1:15CV397-RHW

GLORIA PERRY et al                                                              DEFENDANTS

**FINAL JUDGMENT**

In accordance with the requirement for filing a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order granting Defendants' motions to dismiss, the Court hereby enters its Final Judgment in the above-captioned matter.  The Court finds that, by agreement of the parties, Plaintiff's complaint should be dismissed with prejudice as to Defendants Gloria Perry and Mike Hatten. The Court further finds that Plaintiff's complaint should be dismissed with prejudice as to Defendants Ronald E. Woodall, Karen Deese, and Melanie Byrd for failure to state a constitutional claim.  The dismissal of Plaintiff's complaint for failure to state a claim shall count as a strike.  *See* 28 U.S.C. § 1915(g).  Plaintiff is cautioned that if he acquires three or more strikes, he shall be barred from proceeding IFP unless he is under imminent danger of serious physical injury.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE as to all claims and all defendants.

SO ORDERED, this the 27th day of October, 2016.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE